UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-00073 |
| | ) | JUDGE TODD CAMPBELL |
| | ) | |
| ANTONIO MONTEZ FURLOW | ) | |

## ORDER

Pending before the Court is a petition (the "Petition") alleging that defendant Antonia Montez Furlow has violated his conditions of supervised release (*Docket Entry* 25). Mr. Furlow has been detained in federal custody since January 27, 2014, pending resolution of this matter.

In open court, Mr. Furlow admitted to violating the terms of supervision.

The Court finds that Mr. Furlow has violated the conditions of supervised release. It is hereby ordered that Mr. Furlow shall serve a term of 5 months' imprisonment, with no supervised release to follow.

It is so ordered on this \_\_\_\_ day of February, 2014.

TODD CAMPBELL
UNITED STATES DISTRICT JUDGE